UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                              CASE NO. 07-00097-8-JRL
Nellie M. Moore
103 D Haw Branch Rd.
Beulaville, NC 28518

SSN.: xxx-xx-5243
Debtor                                     Chapter 13

### RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES the Debtor, by and through her undersigned counsel, and responds to the Motion for Relief from Automatic Stay by Rural Housing Services and shows unto the Court as follows:

1. That the debtor admits that she is delinquent with Rural Housing Services.

2. That the debtor will cure said arrearages over a reasonable period of time.

WHEREFORE, your undersigned prays that the Motion for Relief from Automatic Stay be denied and this matter be set for hearing.

This the     18th     day of    December            , 2008.

                                                                                                  /s/ J. Allen Murphy
                                                                                                 J. ALLEN MURPHY
                                                                                                 State Bar #13053
                                                                                                 GILLESPIE & MURPHY, P.A.
                                                                                                 320 Middle Street
                                                                                                 P.O. Drawer 888
                                                                                                 New Bern, NC  28563
                                                                                                 (252) 636-2225
                                                                                                 gmpa@lawyersforchrist.com

CERTIFICATE OF SERVICE

I, J. Allen Murphy, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the ___18th___ day of ___December___, 20_08_, copies of the foregoing were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows or by electronic notification:

Richard M. Stearns           By Electronic Email:
Chapter 13 Trustee           nharrison@suddenlinkmail.com
PO Box 2218
Kinston, NC 28501

S. Katherine Burnette        By Electronic Email:
Assistant U.S. Attorney      USANCEbankruptcy@usdoj.gov
Civil Division
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC 27601-1461

Nellie M. Moore
103 D Haw Branch Rd.
Beulaville, NC 28518

I certify under penalty of perjury that the foregoing is true and correct.

DATED: ___December 18___, 2008.

    /s/ J. Allen Murphy
    J. Allen Murphy